

# U.S. District Court

## West Virginia Southern - Charleston

Receipt Date: Apr 7, 2025 10:09AM

MICHAEL D BARKER

Rcpt. No: 2003786                Trans. Date: Apr 7, 2025 10:09AM                Cashier ID: #EB (2518)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DWVS224CR000194 /001<br>MICHAEL DAVID BARKER | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Paper Check | #1397 | 04/7/2025 | $100.00 |
| | | | Total Due Prior to Payment: | $100.00 |
| | | | Total Tendered: | $100.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.