# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.            CRIMINAL ACTION NO. 2:24-cr-00194

MICHAEL DAVID BARKER,

    Defendant.

## ORDER

The Court has reviewed the *United States of America's Unopposed Motion to Deposit Funds into the Registry of the Court* (ECF 40). Therein, the United States requests that the Court authorize the Clerk to take receipt of funds in this matter and hold those funds in the Court Registry until an order of restitution directing distribution is entered, in order to permit the Defendant to pay towards his anticipated $3,400,000.00 restitution obligation prior to sentencing.

After careful consideration, the Court **ORDERS** that the *Motion* be **GRANTED**. The Court **DIRECTS** the Clerk to take receipt of any check or money order tendered by the Defendant and deposit the funds into the Court Registry, until further order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: November 7, 2025

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE